Steven C. Mahaffy, ASBN 022934
MAHAFFY LAW FIRM, P.C.
P.O. Box 12959
Chandler, Arizona  85248-0033
Phone: 480-659-7180
Fax:  480-659-5614
steve@mahaffylaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KAHALA FRANCHISING, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br>　　v.<br><br>HYON KIM ENTERPRISES, LLC, an Indiana Limited Liability Company; HYON C. KIM, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:<br><br>**SUMMONS IN A CIVIL ACTION** |

　　TO:　HYON KIM ENTERPRISES, LLC]

　　A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven C. Mahaffy, ASBN 022934
MAHAFFY LAW FIRM, P.C.
P.O. Box 12959
Chandler, Arizona  85248-0033
Phone: 480-659-7180
Fax:  480-659-5614
steve@mahaffylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK

Date: _____        _____
                                      Signature of Court

ISSUED ON 12:24 pm, Apr 20, 2017
s/ Brian D. Karth, Clerk